**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
David J. McGlothlin, Esq. (SBN: 253265)
david@kazlg.com
Mona Amini, Esq. (SBN: 296829)
mona@kazlg.com
Gustavo Ponce, Esq. (SBN: 343430)
gustavo@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, California 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

*Attorneys for Plaintiff,*
Jeffrey Fischer

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY FISCHER, individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br>  vs.<br><br>ABILITY RECOVERY SERVICES, LLC,<br><br>                Defendant. | Case No.: 2:24-cv-04485-JFW-PVC<br><br>**NOTICE OF SETTLEMENT** |

///
///
///
///
///
///

- 1 -

NOTICE OF SETTLEMENT

**TO THE COURT, CLERK AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

NOTICE IS HEREBY GIVEN that Plaintiff Jeffrey Fischer ("Plaintiff") and Defendant Ability Recovery Services, LLC ("Defendant") (together, the "Parties") have reached a settlement resolving Plaintiff's individual claims in the above-captioned action. The Parties are in the process of drafting a written settlement agreement and anticipate filing a Stipulation to Dismiss the entire case with prejudice as to Plaintiff's individual claims and without prejudice as to the putative class within the next sixty (60) days.

Plaintiff respectfully requests that the Court vacate all pending dates, hearings, and filing requirements with respect to the Parties and that the Court retain jurisdiction until the Parties complete the settlement and dismiss this action.

Dated: September 25, 2024     **KAZEROUNI LAW GROUP, APC**

By: *   /s/ Mona Amini   *
Mona Amini, Esq.
*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I certify that on a copy of the foregoing was filed and served electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Dated: September 25, 2024                         By:   */s/ Mona Amini*
                                                            Mona Amini