**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
David J. McGlothlin, Esq. (SBN: 253265)
david@kazlg.com
Mona Amini, Esq. (SBN: 296829)
mona@kazlg.com
Gustavo Ponce, Esq. (SBN: 343430)
gustavo@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, California 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

*Attorneys for Plaintiff,*
Jeffrey Fischer

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| JEFFREY FISCHER, individually and on behalf of all others similarly situated, | Case No.: 2:24-cv-04485-JFW-PVC |
|---|---|
| Plaintiff, | **STIPULATION TO DISMISS ACTION PURSUANT TO FED. R. CIV. P 41(a) WITH PREJUDICE AS TO PLAINTIFF'S INDIVIDUAL CLAIMS AND WITHOUT PREJUDICE AS TO THE PUTATIVE CLASS** |
| vs. | |
| ABILITY RECOVERY SERVICES, LLC, | |
| Defendant. | |

///
///
///
///
///
///

**IT IS HEREBY STIPULATED AND AGREED** by and between the Parties, Plaintiff Jeffrey Fischer ("Plaintiff") and Defendant Ability Recovery Services, LLC ("Defendant") (jointly, the "Parties"), by and through their attorneys of record, that the above-captioned action is dismissed, pursuant to the Federal Rules of Civil Procedure 41(a), with prejudice as to Plaintiff's individual claims and without prejudice as to the claims of the putative class against Defendant, with each party bearing its own costs, expenses, and attorney's fees.

Respectfully submitted,

Dated: December 30, 2024          **KAZEROUNI LAW GROUP, APC**

By:     */s/ Mona Amini*
        Mona Amini, Esq.
        *Attorneys for Plaintiff*

Dated: December 30, 2024          **SESSIONS, ISRAEL, & SHARTLE LLP**

By:     */s/ Tuan Van Uong*
        Tuan Van Uong, Esq.
        *Attorneys for Defendant*

## SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable to counsel for Defendant and that I have obtained Tuan Van Uong's approval of his electronic signature on this document.

Dated: December 30, 2024          **KAZEROUNI LAW GROUP, APC**

By:   */s/ Mona Amini*
       Mona Amini, Esq.
       *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that on a copy of the foregoing was filed and served electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Dated: December 30, 2024        By:    */s/ Mona Amini*
                                                     Mona Amini